RECEIVED
NOV 1 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:14-cr-65 |
| v. | **INDICTMENT** |
| DIRK HAYO NOTMAN, | T. 18 U.S.C. § 2552(a)(4)(B) |
| Defendant. | T. 18 U.S.C. § 2252(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Possession of Child Pornography)

On or about April 24, 2014, in the Southern District of Iowa, the defendant, DIRK HAYO NOTMAN, did knowingly possess one (1) and more items containing visual depictions that had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by a computer, the producing of said visual depictions involving the use of minors, that is, persons under the age of eighteen (18) years, including visual depictions of a prepubescent minor and a minor who had not attained 12 years of age, engaging in sexually explicit conduct as defined in Title 18, United States Code, §2256(2), said visual depictions being of such conduct.

This is a violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

**THE GRAND JURY FURTHER FINDS:**

**Allegation of Forfeiture**
**(18 U.S.C. § 2253(a))**

Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of the offense set forth in Count 1, the defendant, DIRK HAYO NOTMAN, shall forfeit to the United States the following property:

A. All right, title, and interest in any and all property involved in the violations of Title 18, United States Code, Section 2252, for which the defendant is convicted, including the following property:

> (1) any visual depiction described in section 2251 or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of these sections;

> (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

> (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

B. The property subject to forfeiture as property involved in the violations of Count 1 includes, but is not limited to, seized DVDs and VHS tapes, LG Verizon phone, HP Pavilion computer tower, and HP Colorado T-1000. The property referenced in paragraph A, subparagraphs (1), (2) and (3) above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data

contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

Pursuant to Title 18, United States Code, Section 2253, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**

/s/
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: /s/
Richard D. Westphal
Assistant United States Attorney